IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS,

    Plaintiff,

  v.

MICHAEL D. PARAYNO, et al.,

    Defendants.
                                      /

No. C 11-05424 JSW

**ORDER VACATING HEARING AND ORDER TO SHOW CAUSE**

On February 15, 2012 Plaintiff filed a motion to strike and a motion to dismiss Defendants' counterclaim, which are scheduled to be heard on April 13, 2012. Pursuant to Northern District Civil Local Rules 7-3(a) and 5-5, Defendants' opposition briefs were due on March 5, 2012. The Court has not received an opposition to the motions.

The Court VACATES the hearing scheduled for April 13, 2012. It is FURTHER ORDERED that Defendants shall show cause why the motions should not be granted. Defendants shall file a response to this Order to Show Cause by no later than March 23, 2012. If Defendants fail to file a response to the Order to Show Cause by that date, the Court shall deem the motions unopposed. If the Court requires a reply from Plaintiff, it shall issue a further order setting a date on which a reply shall be due.

**IT IS SO ORDERED.**

Dated: March 8, 2012

                                                  JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE