United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL D. PARAYNO, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-05424 JSW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; GRANTING MOTION TO DISMISS (Docket No. 15); SETTING BRIEFING SCHEDULE AND HEARING ON MOTION TO STRIKE (Docket No. 14)** |

The Court has received Defendants timely response to the Order to Show Cause issued on March 8, 2012. Based on Defendants' representations that they did not intend to file a counterclaim, the Court GRANTS, as unopposed, the motion to dismiss the counterclaim. The Court also DISCHARGES the Order to Show Cause without imposing any form of sanctions on Defendants. However, Defendants are HEREBY ORDERED to file an opposition to the motion to strike by no later than April 16, 2012. Plaintiff's reply shall be due by no later than April 23, 2012. The Court shall hold a hearing on the motion on May 25, 2012 at 9:00 a.m. If the Court finds the motion suitable for disposition without oral argument, it shall notify the parties in advance of that hearing date.

**IT IS SO ORDERED.**

Dated: March 26, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS,

        Plaintiff,

  v.

MICHAEL D. PARAYNO et al,

        Defendant.

Case Number: CV11-05424 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 26, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael D. Parayno
1733 Sacramento Street
Berkeley, CA 94702

Dated: March 26, 2012

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk