UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL D. PARAYNO, <br><br> Defendant. | Case No. 11-cv-05424-JST <br><br> **ORDER VACATING HEARING** <br><br> Re: ECF No. 34 |

A hearing on J&J Sports' motion for summary judgment is scheduled for July 11, 2013. As the motion is suitable for determination without oral argument, the hearing is vacated. See Civil L.R. 7-1(b). The motion is under submission.

**IT IS SO ORDERED**.

Dated: June 27, 2013

_____
JON S. TIGAR
United States District Judge