UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL D. PARAYNO, <br><br> Defendant. | Case No. 11-cv-05424-JST <br><br> **ORDER TO FILE PROPOSED JUDGMENT** <br><br> Re: ECF No. 37 |

On October 28, 2013, the Court granted J&J Sports' summary judgment motion with respect to its claim under 47 U.S.C. § 605 and its conversion claim under California law. ECF No. 37. In that order, the Court required J&J Sports to file a proposed judgment within three days. More than three months have now passed, and J&J Sports has not filed a proposed judgment.

J&J Sports shall file a proposed judgment by February 11, 2014 or face the possibility of sanctions. In the alternative, if J&J Sports again fails to file a judgment as ordered, the Court may conclude that J&J Sports has abandoned its claim, such that dismissal of its complaint is appropriate.

**IT IS SO ORDERED.**

Dated: February 4, 2014

_____
JON S. TIGAR
United States District Judge